**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 372 MAL 2021

Respondent                :

                                   :   Petition for Allowance of Appeal

                                   :   from the Order of the Superior Court

v.                        :

                                   :

LOUIS HENRY BRANCH,         :

                                   :

Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 7th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.